MUDD, HARRISON & BURCH
ATTORNEYS AT LAW
105 WEST CHESAPEAKE AVENUE
300 JEFFERSON BUILDING
TOWSON, MARYLAND 21204
410 828 1335
FAX 410 828 1042

Andrew Janquitto
410 828 1345 ext. 229
AJ@MHBLAW.COM

April 3, 2003

ELECTRONICALLY FILED

The Honorable Benson E. Legg
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21202

    Re:    STATE NAT'L INS. CO. v. OLADIMEJI AKISANYA
            Case No. L-02-CV 2786

Dear Judge Legg:

    I represent the Plaintiff in this matter.  The parties have reached a settlement and request thirty (30) days to finalize the settlement, execute releases, etc.  Thank you.

        Very truly yours,

        /S/

        Andrew Janquitto

AJ:dm
Copy to:

    Joel DuBoff, Esquire
    DuBoff & Associates, Chtd.
    8401 Colesville Road
    Suite 501
    Silver Spring, Maryland 20910